FILED ___ ENTERED
LODGED ___ RECEIVED

APR 14 2000

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICTOR MENOTTI, et al, )
        Plaintiffs, )
) Cause Number C00-372R
v. )
) ORDER DIRECTING COUNSEL
) TO FILE A JOINT STATUS
) REPORT AND REQUIRING
CITY OF SEATTLE, et al., ) NOTIFICATION OF CONSENT
) TO PROCEED BEFORE A U.S.
        Defendants. ) MAGISTRATE JUDGE
)

## I: TRIAL SETTING

You are hereby notified that the court is presently scheduling trial dates for cases pending on the court's docket. Trial and pretrial schedules will be assigned upon receipt of the joint status report. To facilitate the setting of realistic dates, the court requires counsel to furnish the court with a joint status report. The original and one copy shall be filed within 30 days of this date and shall provide the following information:

    (1) The nature of the case and a brief summary of pleadings.

    (2) Evaluation of complexity of discovery and trial.

    (3) An estimated date as to when discovery can be completed.

    (4) A statement as to whether the case will be tried by the court or by a jury.

    (5) An estimate of trial days required.

    (6) A statement concerning legal issues about which pretrial motions are contemplated.

    (7) A statement as to the positions of the parties concerning settlement.



ORDER
Page -1-

|   |   |
|---|---|
| 1 | (8) An statement as to when this matter will be ready for |
| 2 | trial. |

It is the responsibility of counsel for plaintiff to serve a copy of this order upon all parties who may appear subsequent to the issuance of this Order; the Clerk of Court shall forward copies to all parties who have appeared as of this date. In the event the parties are unable to agree as to the information contained in any response, the parties may answer in separate paragraphs: <u>counsel shall not file separate reports in order to present conflicting views.</u> Any request to extend the due date of the joint status report shall be directed to this court's deputy, Elizabeth Tyree. Her telephone number is (206) 553-2996.

## II: REFERRAL TO A U.S. MAGISTRATE

Counsel shall confer with their clients concerning the desirability of consenting to proceed before a U.S. Magistrate Judge. Please note that each party has received a consent form: **the form need not be circulated nor is it necessary to provide a copy of the consent.** The enclosed form must be executed and returned to this court's deputy, Elizabeth Tyree, within 15 days of this date.

DATED at Seattle, Washington this 14TH day of April 2000.

*Barbara Jacobs Rothstein*
BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER
Page -2-

```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                             AT SEATTLE
```

| | |
|---|---|
| VICTOR MENOTTI, et al., | |
| Plaintiffs, | Cause Number C00-372R |
| vs. | CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE |
| CITY OF SEATTLE, et al., | |
| Defendants. | |

In accordance with the provisions of 28 U.S.C. §636(c), the party here represented waives the right to proceed before a judge of the U.S. District Court and consents to have a U.S. Magistrate conduct any and all further proceedings in this case, including trial, and order the entry of final judgment.

**Attorney's Signature**          **Client's Name**          **Decision**

_____          _____          _____

A copy of this consent form has been provided to each counsel who has appeared as of the date of the court's order.  You need only return this form: do not circulate.  The form shall be executed and returned to this court's deputy, Elizabeth Tyree 215 U.S. Court House, Seattle WA 98104 within 15 days of the date of the court's order.

ORDER
Page -3-