**ORIGINAL**

THE HONORABLE BARBARA JACOBS ROTHSTEIN



FILED ENTERED
LODGED RECEIVED

NOV 07 2000

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY                                         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICTOR MENOTTI, THOMAS SELLMAN, TODD STEDL, ANDREW RUSSELL, LAUREN HOLLOWAY, RONALD MATYJAS and DOUG SKOVE<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE; PAUL SCHELL, Mayor Seattle; NORMAN STAMPER, Chief of Police, Seattle Police Department; MICHAEL B. JENNINGS, a Seattle Police officer; and S.D. STEVENS, a Seattle Police officer,<br><br>Defendants | No. C00-372R<br><br>**PARTIAL JUDGMENT IN FAVOR OF PLAINTIFFS RUSSELL, HOLLOWAY AND MATYJAS**<br><br>[Proposed] *BJR* |

Pursuant to Fed. R. Civ. P. 68 and 54(b), partial judgment is hereby entered in favor of plaintiffs Andrew Russell, Lauren Holloway, and Ronald Matyjas in the amount of $5,000.00 for

---

PARTIAL JUDGMENT FOR PLAINTIFFS
RUSSELL, HOLLOWAY, AND MATYJAS -- 1

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON
705 Second Avenue, Suite 300
Seattle, Washington 98104-1799
(206) 624-2184

each. Costs and attorneys fees for these plaintiffs will be determined later and entered in a subsequent judgment.

DATED this 6th day of November, 2000.

*Barbara J. Rothstein*
United States District Judge

Presented by:
CARNEY, BADLEY, SMITH & SPELLMAN
by: James E. Lobsenz

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON

By: *Aaron H. Caplan*
Aaron H. Caplan
ACLU-WA Staff Attorney

Attorneys for Plaintiffs

PARTIAL JUDGMENT FOR PLAINTIFFS
RUSSELL, HOLLOWAY, AND MATYJAS -- 2

1  each. Costs and attorneys fees for these plaintiffs will be determined later and entered in a
2  subsequent judgment.
3
4       DATED this ___ day of _____, 2000.
5
6                                    _____
                                     United States District Judge
7
8  Presented by:
9  CARNEY, BADLEY, SMITH & SPELLMAN
   by: James E. Lobsenz
10
11 AMERICAN CIVIL LIBERTIES UNION
      OF WASHINGTON
12
13 By: _Aaron H. Caplan_ (signature)
14    Aaron H. Caplan
      ACLU-WA Staff Attorney
15
16 Attorneys for Plaintiffs
17
18 Approved for Entry
   Notice of Presentation Waived
19
20 _Sean Sheehan_ (signature)
21 Sean Sheehan #6364
   Assistant City Attorney
22
23
24
25
26

PARTIAL JUDGMENT FOR PLAINTIFFS
RUSSELL, HOLLOWAY, AND MATYJAS -- 2

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON
705 Second Avenue, Suite 300
Seattle, Washington 98104-1799
(206) 624-2184