The Honorable Barbara Rothstein

00-CV-00372-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICTOR MENOTTI, THOMAS SELLMAN, TODD STEDL and DOUG SKOVE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, PAUL SCHELL, Mayor of Seattle, NORMAN STAMPER, Chief of Police, Seattle Police Department, MICHAEL B. JENNINGS, a Seattle police officer, and S. D. STEVENS, a Seattle police officer,<br><br>Defendants. | NO. C00-372R<br><br>STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS OF PLAINTIFFS VICTOR MENOTTI AND DOUG SKOVE<br><br>[CLERK'S ACTION REQUIRED] |

### STIPULATION

COME NOW the plaintiffs Victor Menotti and Doug Skove, and The City of Seattle defendants, and do hereby stipulate, as evidenced by the signatures below of their respective counsel of record, Aaron Caplan of the American Civil Liberties Union of Washington and Ted Buck of Stafford Frey Cooper, that all of the plaintiffs' claims against all City defendants be dismissed with prejudice in the above-entitled action. Further, the parties stipulate that this dismissal shall be without fees or costs being taxed to any stipulating party.

STIPULATION FOR AND ORDER OF DISMISSAL WITH
PREJUDICE OF CLAIMS OF PLAINTIFFS MENOTTI AND
SKOVE - 1

C00-372R
3019-027436

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
001 Union Street, Suite 3100
Seattle WA 98101-1374
TEL 206.623.0900   FAX 206.624.6885

| | |
|---|---|
| STAFFORD FREY COOPER | AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON |
| By: /s/ Ted Buck via ECF<br>Ted Buck, WSBA #22029<br>Attorneys for Defendants | By: /s/ Aaron Caplan via ECF<br>Aaron Caplan, WSBA #22525<br>Attorneys for Plaintiffs |
| DATED this 19th day of September, 2006. | DATED this 19th day of September, 2006. |

### ORDER

Based on the foregoing stipulation, and being duly advised, it is hereby ordered and adjudged as follows:

All claims of plaintiffs Victor Menotti and Doug Skove against The City of Seattle, and individually-named City of Seattle and Seattle Police Department defendants should be and are hereby dismissed with prejudice, and it is further ordered, adjudged and decreed and it is further ordered, adjudged and decreed that this dismissal is without any award of fees or costs being taxed to any stipulating party.

DATED this **20th** day of **September**, 2006.

_____
Hon. Barbara J. Rothstein
United States District Court Judge

STIPULATION FOR AND ORDER OF DISMISSAL WITH
PREJUDICE OF CLAIMS OF PLAINTIFFS MENOTTI AND
SKOVE - 2
C00-372R
3019-027430  306921

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101-1374
TEL 206.623.9900  FAX 206.624.0885

1

2   Stipulated to and Presented by:

3   STAFFORD FREY COOPER

4

5   By: /s/ Ted Buck via ECF
       Ted Buck, WSBA #22029
6      Of Attorneys for City of Seattle Defendants

7

8   Stipulated to, Approved for Entry, and
    Notice of Presentation Waived:
9
    AMERICAN CIVIL LIBERTIES UNION
10  OF WASHINGTON

11

12  By: /s/ Aaron Caplan via ECF
       Aaron Caplan, WSBA #22525
13     Of Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

STIPULATION FOR AND ORDER OF DISMISSAL WITH
PREJUDICE OF CLAIMS OF PLAINTIFFS MENOTTI AND
SKOVE - 3

C00-372R
3019-027430  10/021

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101-1374
TEL 206.623.9900  FAX 206.624.6885